

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00130-CR

Joshua **ORCASITAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7776
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED IN PART. The appellant's brief is due on or before September 4, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court